■ In the Matter of the Accounting of the Public Administrator of Kings County, as Administrator of the Estate of KATHERINE E. SCHAAF, Deceased. FRIEDA HORST et al., Appellants; ELIZABETH B. FRANCIS et al., Respondents.— Motion by appellants to further extend their time to perfect appeal granted, on condition that appellants argue or submit the appeal at the December 1960 Term. The appeal is ordered to be placed on the calendar for said term. The record and appellants' brief must be served and filed on or before November 14, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ EDMUND PREISS, Appellant, v. DINHOFER BROS., INC., Respondent.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file five copies of his type-written brief and to serve one copy thereof on the respondent. The original exhibits shall be submitted upon the argument of the appeal. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT BORUM, Appellant.— Upon remission by the Court of Appeals (*People* v. *Borum*, 8 N Y 2d 177) for further action consistent with its opinion, this court on its own motion vacates its prior order, entered October 5, 1959, dismissing the appeal, and vacates its prior order, entered July 6, 1959, denying defendant's motion to dispense with printing and for assignment of counsel. Motion to dispense with printing granted. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed to file five typewritten copies of his brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the January 1961 Term. Appeal ordered to be placed on the calendar for said term. Motion for assignment of counsel granted. Ralph A. Nappi, Esq., 170 Main Street, Port Washington, N. Y., is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN EASTERLING, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February 1961 Term; appeal ordered to be placed on the calendar for said term. Motion for assignment of counsel granted. Harrison L. Curry, Esq., 244 North Main Street, Freeport, N. Y., is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES EVERETT, Appellant.— Motion to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five typewritten copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the February 1961 Term. The appeal is ordered placed on the calendar for said term. Motion for assignment of counsel granted. George C. Wildermuth, Esq., 188 Montague Street, Brooklyn 1, N. Y., is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.